UNITED STATES of America, Plaintiff–Appellee,

v.

Valente SILLERO–GALINDO, Defendant–Appellant.

No. 02–51201.
Summary Calendar

United States Court of Appeals, Fifth Circuit.

Jan. 28, 2004.

Joseph H Gay, Jr, Assistant US Attorney, US Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Mark Siefken, MacInnes, Whigham, Lively & Siefken, Austin, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, DAVIS, and PRADO, Circuit Judges.

PER CURIAM.*

Valente Sillero–Galindo (Sillero) appeals his sentence for conspiring to smuggle illegal aliens and money laundering. He as-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

serts that the district court erred in imposing a two-level adjustment for obstruction of justice based upon his flight and his possession of false identification at the time of his arrest. The record reflects that Sillero freely and voluntarily waived his right to appeal his sentence, except for an upward departure or claims of ineffective assistance and prosecutorial misconduct. Sillero's challenge to the upward adjustment is not an upward departure. *See United States v. Gaitan,* 171 F.3d 222, 223–24 (5th Cir.1999).

Because Sillero's waiver of the right to appeal his sentence is unambiguous and enforceable, the appeal is DISMISSED for lack of jurisdiction. *See United States v. Martinez,* 263 F.3d 436, 438 (5th Cir.2001).

APPEAL DISMISSED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.